ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

August Ernstthal, Respondent, v. Brooklyn National Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

John McPike Keresey, Respondent, v. Marcia Farrell Keresey, Appellant.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

John McPike Keresey, Respondent, v. Marcia Farrell Keresey, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Laurence J. Hirsch and Others, Respondents, v. Nicholas D. Di Sesa and Donato Di Sesa, Individually and as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Finch, P. J., and Martin, J., dissent.

Laurence J. Hirsch and Others, Respondents, v. Nicholas D. Di Sesa and Donato Di Sesa, Individually and as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Finch, P. J., and Martin, J., dissent.

In the Matter of the Application of Michael Fornara, Respondent, Appellant, against William Schroeder, Jr., and Others, Appellants, Respondents.— Order affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Pomosin Werke, G. m. b. H., Respondent, v. Northern Mercantile Co., Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Edwin L. Agostini and Others, Appellants, v. New York Casualty Company and Another, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Murray B. Machlin, Suing for Himself as Stockholder, etc., Respondent, v. Arthur Galston and Others, Defendants, Impleaded with Anders Jordahl and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Finch, P. J., and Martin, J., dissent. The date for the examination to proceed to be fixed in the order. Settle order on notice.

In the Matter of the Application of Anna B. Burridge to Withdraw Waiver of Citation (to Previous Petition for Probate Heretofore Granted), to Reopen Such Probate Proceedings and for Leave to Contest, to Revoke Letters Testamentary Heretofore Issued to Herbert C. Smyth, and for Other Specified Relief. In the Matter of the Estate, etc., of Frank O. Burridge, Deceased. In the Matter